IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MORALES HERNANDEZ, | 1:06-cv-01211-AWI-TAG-HC |
| Petitioner, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT OR PAY FILING FEE |
| M. S. EVANS, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, the copy of petitioner's prison trust account statement was not certified and did not include the entire six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis **or** pay the $5.00 filing fee for this action.

In accordance with the above, IT IS HEREBY ORDERED that within thirty (30) days of the date of this order, petitioner shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, **or** in the alternative, pay the $5.00 filing fee for this action.

///

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **October 3, 2006**                                     **/s/ Theresa A. Goldner**
**j6eb3d**                                                                    UNITED STATES MAGISTRATE JUDGE