IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MORALES HERNANDEZ,<br><br>    Petitioner,<br><br>  vs.<br><br>M. S. EVANS, Warden,<br><br>    Respondent.<br>_____/ | 1:06-cv-01211-AWI-TAG-HC<br><br>SECOND ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 3, 2006, the court issued an order for petitioner to submit a certified copy of his prison trust account statement or pay the $5.00 filing fee for this action.  On October 24, 2006, petitioner submitted a copy of his trust account statement.  However the copy submitted by petitioner was not a **certified** copy.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Petitioner shall be given another opportunity to submit a **certified** copy of his prison trust account statement, or in the alternative, to pay the $5.00 filing fee for this action.

        In accordance with the above, IT IS HEREBY ORDERED that within thirty (30) days of the date of this order, petitioner shall submit a **certified** copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.

///

1  Failure to comply with this order will result in a recommendation that this action be
2  dismissed.

4  IT IS SO ORDERED.

5  Dated:   **November 21, 2006**              /s/ **Theresa A. Goldner**
   **j6eb3d**                          UNITED STATES MAGISTRATE JUDGE